1034

[No. 44627-4-I. Division One. April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HUAN CONG HUYNH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06210-6, Joan E. DuBuque, J., entered May 7, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44664-9-I. Division One. April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRY JAYE O'BRIEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00767-7, LeRoy McCullough, J., entered May 24, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44785-8-I. Division One. April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08194-1, Jeffrey M. Ramsdell, J., entered June 7, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44895-1-I. Division One. April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL M. FORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08725-7, Norma Smith Huggins, J., entered July 2, 1999. *Affirmed* by unpublished per curiam opinion.